# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MAEVE NOTA, <br><br> Defendant. | NO.   CR23-033 SKV <br><br> **Information** <br><br> (Misdemeanor) |

The United States Attorney charges that:

### COUNT 1

### (Damage to Religious Property)

On or about June 28, 2022, in King County, within the Western District of Washington, MAEVE NOTA intentionally defaced, damaged, and destroyed religious real property, specifically, St. Louise Catholic Church located in Bellevue, Washington, because of the religious character of the property. It is further alleged that the offense was in and affected interstate and foreign commerce.

//

Information - 1
*United States v. Maeve Nota*
USAO No. 2022R00796

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(5).

DATED this 8th day of March, 2023.

*Sarah G. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*Rebecca S. Cohen*
TODD GREENBERG
Assistant United States Attorney

By: *Rebecca S. Cohen*
for Matthew Tannenbaum
Trial Attorney

*Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney

Information - 2
*United States v. Maeve Nota*
USAO No. 2022R00796

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970