1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

6
7

UNITED STATES OF AMERICA,                    )
                                             )
                            Plaintiff,       )    No. CR23-033
                                             )
            v.                               )
                                             )    DECLARATION OF LOST PASSPORT
MAEVE NOTA,                                  )
                                             )    **[CLERK'S ACTION REQUIRED]**
                            Defendant.       )

8
9
10
11
12
13

I, Maeve Nota, by my signature below, assert the following:

14
    1.  I was released on an appearance bond on March 14, 2023.

15
    2.  As a condition of bond I was orderd to surrender all current and expired

16
       passport and travel documents.

17
    3.  I do not have any passports or travel identification documents in my

18
       possession.  I lost my passport prior to March 14, 2023.

19
I declare under penalty of perjury that the above information is true an correct.

20
DATED this 1st day of April, 2023.

21
22
                  /s Maeve Nota

23
24
25

Declaration of Lost Passport- 1

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com